| | |
|---|---|
| 1 | Rosemary M. Rivas (State Bar No. 209147) |
| 2 | **FINKELSTEIN THOMPSON LLP** |
|   | One California Street, Suite 900 |
| 3 | San Francisco, CA 94111 |
|   | Tel.: (415) 398-8700 |
| 4 | Fax: (415) 398-8704 |
|   | Email: rrivas@finkelsteinthompson.com |
| 5 |        cterril@finkelsteinthompson.com |
| 6 | |
|   | *ATTORNEYS FOR PLAINTIFFS* |
| 7 | |

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KARIL DANIELS and MELANIE BARBER, on behalf of themselves and all others similarly situated, | **CASE NO.:** 3:16-cv-01851 |
| Plaintiffs, | **CLASS ACTION** |
| v. | **NOTICE OF DIMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |
| IZZE BEVERAGE COMPANY, | |
| Defendant. | |

Notice of Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i); Case No.: 3:16-cv-01851

1  Plaintiffs Karil Daniels and Melanie Barber ("Plaintiffs"), by their undersigned attorneys, hereby give notice in accordance with Fed. R. Civ. P. 41(a)(1)(A)(i) of the voluntary dismissal of the above-entitled action without order of the Court. With respect thereto, Plaintiffs state that no answer or motion for summary judgment has been received by Plaintiffs' counsel. There has been no class certified in this action and Plaintiffs dismiss only their individual claims, and so, Fed. R. Civ. P. 23(e) is not implicated by dismissal of Plaintiffs' action as no absent putative class members will be bound by this dismissal.

Dated: April 11, 2016

**FINKELSTEIN THOMPSON LLP**

By: _____s/Rosemary M. Rivas_____
　　　　　Rosemary M. Rivas

One California Street, Suite 900
San Francisco, CA 94111
Tel.:  (415) 398-8700
Fax:  (415) 398-8704

***ATTORNEYS FOR PLAINTIFFS***

## PROOF OF SERVICE

I am employed in the County of San Francisco, California. I am over the age of 18 and not a party to the within action. My business address is One California Street, Suite 900, San Francisco, CA 94111.

On April 11, 2016, I served the document(s) described as:

**NOTICE OF DIMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

**[X]   BY ELECTRONIC TRANSMISSION USING THE COURT'S ECF SYSTEM:**  I caused the above document(s) to be transmitted by electronic mail to those ECF registered parties listed on the Notice of Electronic Filing (NEF) pursuant to Fed.R.Civ.P. 5(d)(1) and by first class mail to those non-ECF registered parties listed on the Notice of Electronic Filing (NEF).  *"A Notice of Electronic Filing (NEF) is generated automatically by the ECF system upon completion of an electronic filing.  The NEF, when e-mailed to the e-mail address of record in the case, shall constitute the proof of service as required by Fed.R.Civ.P. 5(d)(1).  A copy of the NEF shall be attached to any document served in the traditional manner upon any party appearing pro se."*

Executed on April 11, 2016, at San Francisco, California.

                                             s/Rosemary M. Rivas
                                             Rosemary M. Rivas